THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HENRY TOUYE,

Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

In the Matter of the Judicial Settlement of the Intermediate Account of HEART LEE MUSER, as Executrix, etc., of FRITZ MUSER, Deceased.— Decree affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.